No. 662. HOTEL EMPLOYEES LOCAL No. 255, HOTEL AND RESTAURANT EMPLOYEES AND BARTENDERS INTERNATIONAL UNION, ET AL. *v.* LEEDOM, CHAIRMAN, NATIONAL LABOR RELATIONS BOARD, ET AL. United States

Court of Appeals for the District of Columbia Circuit. Certiorari granted. *J. W. Brown* for petitioners. *Solicitor General Rankin, Jerome D. Fenton* and *Dominick L. Manoli* for the National Labor Relations Board, respondent.